**FILED**
May 24, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____LRT_____
        DEPUTY
BY: _____
        DEPUTY

PS 8
(Rev 12/04)

# UNITED STATES DISTRICT COURT
for
Western District Of Texas

FILED
2023 MAY 16  AM 11: 2

U.S.A. vs. Debbie Ann Bobbitt

Docket No.
[0542 2:22CR01838]-[001]

**Austin Case #: 1:23-mj-322-SH**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Oscar Moncada, pretrial services/probation officer, presenting an official report upon the conduct of defendant Debbie Ann Bobbitt, who was placed under pretrial release supervision by the Honorable Collis White, sitting in the court at Del Rio, in the Western District of Texas on the 24th date of August, 2022 under the following conditions:

> 7(h) Refrain from the use of any unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. §802 unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> On 4/5/23, the defendant submitted a urinalysis drug test to Pretrial Services, in the TX Southern District, which tested positive for cannabinoids. The defendant denied use of marijuana so the test was sent off for confirmation. On 4/20/23, the test was confirmed positive for marijuana metabolite and the defendant self-reported she consumed an "edible approximately 4/1/23." AUSA Tim Markovits is in agreement with this petition being filed. The defendant is scheduled for sentencing on 9/27/23 before U.S. District Chief Judge Alia Moses.

PRAYING THAT THE COURT WILL ORDER A warrant be issued for the arrest of the defendant and she be brought before this Honorable Court to show cause why her bond should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/16/2023

_____
U.S. Pretrial Services/Probation Officer

Place  United States Courthouse
       111 East Broadway
       Del Rio, Texas 78840

ORDER OF COURT

Considered and ordered this 16th day of May, 2023 and ordered filed and made a part of the records in the above case.

_____
Honorable Collis White
U.S. District Judge/Magistrate Judge

A true copy of the original, I certify
Clerk, U.S. District Court
By: _____ Deputy Clerk

CAV

AO 442 (Rev 11/11) Arrest Warrant

FVD# 11452453

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. DR-22-CR-1838 (01) |
| DEBBIE ANN BOBBITT | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DEBBIE ANN BOBBITT
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☑ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

PLEASE SEE ATTACHMENT

A true copy of the original, I certify.
Clerk, U.S. District Court

By: _____
Deputy Clerk

_____
Issuing officer's signature

A. Hernandez, Operations Clerk
Printed name and title

Date: 05/16/2023

City and state: Del Rio, Texas

Bail fixed at $: DETAINED

U.S. Magistrate Judge Collis White
Judicial Officer's Name

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

_____
Arresting officer's signature

_____
Printed name and title

Del Rio Arrest Warrant Rev 1/22